IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DIANA CRANFIELD, | Case No. 5:20-cv-02565 |
| Plaintiff, | |
| vs. | Magistrate Judge Carmen E. Henderson |
| COSTCO WHOLESALE CORPORATION, | |
| Defendant. | Proposed Joint Preliminary Statement |

**The Parties' Proposed Joint Preliminary Statement**

Plaintiff, Diana Cranfield, is a current employee at the Boston Heights, Ohio Costco warehouse. At the time relevant to this matter, Ms. Cranfield worked as a part-time Bakery Wrapper. Beginning in the Spring of 2018, Ms. Cranfield applied for different promotional opportunities in the Membership/Marketing department -- the group of employees who sign up new members who want to shop at Costco, or who interact with members who are returning product that they purchased at Costco. At issue at this trial are three job openings for which Ms. Cranfield applied, and which went to other people. Ms. Cranfield believes that with respect to two of those promotional opportunities she was denied the position because she is African-American, and with respect to the third opportunity because she is a dark-complected African American.

The manager of the Membership/Marketing Department was Julia Petrescu. The manager of the warehouse was Gus Clark. You will hear from Ms. Cranfield as well as Mr. Clark and Ms. Petrescu at trial. They, along with other witnesses, will tell you their version of these events and it will be up to you, as the jury, to determine whether Costco discriminated against Ms. Cranfield because of her race/color.

In the spring of 2019, Ms. Cranfield advised Costco that she wanted to be scheduled off on Thursdays and Saturdays from her Bakery Wrapper position. Ms. Cranfield told Costco that she needed Thursdays and Saturdays off to attend therapy appointments. The parties disagree about conversations that they had about Ms. Cranfield's schedule request and how to best schedule Ms. Cranfield in the Bakery Department. Ms. Cranfield believes that Costco discriminated against her on the basis of her disability when they would not accommodate her schedule request. Costco does not believe it discriminated against Ms. Cranfield but that it was making good faith efforts to schedule Ms. Cranfield and other members of the Bakery Department in the most efficient manner. You will also be asked to decide whether Costco discriminated against Ms. Cranfield because of disability by not accommodating her request to be off on Thursdays and Saturdays.

You will be asked to decide whether Costco discriminated against Ms. Cranfield in violation of various Federal and State laws. If you decide that it did, then you will be asked to award her damages, which will be explained to you at the end of the trial. If you decide that Costco did not discriminate against Ms. Cranfield, then you will be asked to enter a verdict in Costco's favor.

88339262v.1