# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| DIANA CRANFIELD,<br><br>    Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>    Defendant. | Case No. 5:20-cv-02565<br><br>Magistrate Judge: Carmen E. Henderson |

## COSTCO'S MOTION FOR A DIRECTED VERDICT

Defendant Costco Wholesale Corporation ("Costco"), by and through its attorneys, pursuant to Fed. R. Civ. P. 50 and Local Civil Rule 7.1, moves this Court for a directed verdict on the issues of liability with respect to each of Plaintiff Diana Cranfield's ("Cranfield") claims and with respect to her claims for damages for the reasons explained in the Memorandum of Law in support, filed herewith.

DATED:  November 17, 2022				Respectfully submitted,

						COSTCO WHOLESALE CORPORATION


						By: /s/ *Erin Dougherty Foley*
						      One of Its Attorneys


Erin Dougherty Foley *(admitted in the ND Ohio)*
Kyla J. Miller (*Pro Hac Vice*)
Michael J. Cederoth *(Pro Hac Vice)*
Seyfarth Shaw LLP
233 South Wacker Drive, Suite 8000
Chicago, Illinois  60606-6448
Telephone:	(312) 460-5000
Facsimile:	(312) 460-7000

Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

# **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that she caused a copy of the foregoing Costco's Motion for a Directed Verdict to be served upon the following via the ECF on this 17 of November, 2022:

        David W. Neel (0033611)
        David W. Neel, LLC
        13800 Shaker Blvd., Suite 102
        Cleveland, Ohio 44120
        Telephone: (216) 522-0011
        Telecopier: (844) 548-3570
        dwneel@neellaw.com


        s/ *Erin Dougherty Foley*