AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

| DIANA CRANFIELD, | **EXHIBIT AND WITNESS LIST** |
|---|---|
| Plaintiff | |
| V. | |
| COSTCO WHOLESALE CORPORATION, | Case Number: 5:20-CV-02565-CEH |
| Defendant. | |

| PRESIDING JUDGE<br>Carmen E. Henderson | PLAINTIFF'S ATTORNEY<br>David Neel | DEFENDANT'S ATTORNEY<br>Erin Foley/Kyla Miller/Michael |
|---|---|---|
| TRIAL DATE (S)<br>11/10/2022-11/18/2022 | COURT REPORTER<br>Mary Uphold | COURTROOM DEPUTY<br>Mattilyn Gorby |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Witness 1 - Diana Cranfield (Completed on 11/15/2022) |
| 001 | 001 | 11/14/2022 | YES | YES | Joint Exhibit 001: 2016 Costco Employee Agreement |
| 002 | 002 | 11/14/2022 | YES | YES | Joint Exhibit 002: March 2019 Costco Employee Agreement |
| 5 | | 11/14/2022 | YES | YES | Adam Bruening's notes of the interview of Plaintiff for the May 2018 Refund Cashier position |
| 6 | | 11/14/2022 | YES | YES | Thressa Vincent's notes of the interview of Shauna Shields for the May 2018 Refund Cashier position |
| 11 | | 11/14/2022 | YES | YES | Refund Cashier job description |
| 12-1 | | 11/14/2022 | YES | YES | Front End Assistant job description |
| 12-2 | | 11/14/2022 | YES | YES | Front End Assistant job description |
| 13 | | 11/14/2022 | YES | YES | Real Time Membership Statistics |
| 14 | | 11/14/2022 | YES | NO | Nina Adams photo |
| 16 | | 11/14/2022 | YES | YES | Turn down letters for the Refund Cashier position |
| 17 | | 11/14/2022 | YES | YES | Email regarding therapist availability |
| 19 | | 11/14/2022 | YES | YES | Work schedules posted on or about April 22, 2019 |
| 22 | | 11/14/2022 | YES | YES | July 15, 2019 Coaching |
| 23 | | 11/14/2022 | YES | YES | August 2018 Candidate Tracking Log |
| | 1004 | 11/15/2022 | YES | YES | 4/11/2016 Acknowledgment of Receipt of 2016 Costco Employee Agreement; 2/24/2019 Acknowledgment of Receipt of 2019 Costco Employee Agreement. |
| | 1015 | 11/15/2022 | YES | YES | Candidate Tracking Log 5/24/2018 packet for position for which Shauna Shields was chosen. |
| | 1016 | 11/15/2022 | YES | YES/NO | Employee Performance Logs 7/9/2018 - 10/7/2018. 1016-1 through 1016-36 Admitted. |
| | 1010 | 11/15/2022 | YES | NO | 2019 FMLA Paperwork |
| | 1005 | 11/15/2022 | YES | YES | 1/1/2018 Certification of Health Care Provider for Employee's Serious Health Condition. |

|  | 1006 | 11/15/2022 | YES | NO | Lamplight Counseling Services Documents: including 4/25/2019 Therapist Initial Visit Note |
|---|---|---|---|---|---|
|  | 1009 | 11/15/2022 | YES | NO | Counseling Records from Progression Counseling Group from 10/15/2019 - 5/24/2021. |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___3___ Pages

# EXHIBIT AND WITNESS LIST – CONTINUATION

DIANA CRANFIELD vs. COSTCO WHOLESALE CORPORATION   CASE NO. 5:20-CV-2565-CEH

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 1012 | 11/15/2022 | YES | YES | 3/10/2019 Time Off Request for 5/22/2019 off by 2:00 PM, and May 12, and 13 off entirely |
| | 1018 | 11/15/2022 | YES | YES | 8/26/2018 Candidate Tracking Log for position for which Nina Adams was chosen. |
| | 1014 | 11/15/2022 | YES | NO | Candidate Tracking Log 1/12/2018 packet for position for which Amanda Brownfield was chosen |
| | 1034 | 11/15/2022 | YES | NO | 5/5/2021 Responses to Costco's First Set of Interrogatories to Plaintiff |
| | 1053 | 11/15/2022 | YES | NO | DEMONSTRATIVE (CALENDAR) |
| | 1043 | 11/15/2022 | YES | YES | 2019 Employee Schedules (Bakery, Food Court and Membership). |
| | 1030 | 11/15/2022 | YES | YES | Refund Cashier Job Description. |
| 14 | | 11/15/2022 | YES | NO | Nina Adams photo |
| 16 | | 11/15/2022 | YES | YES | Turn down letters for the Refund Cashier position |
| 18 | | 11/15/2022 | YES | YES | Plaintiff's request for Thursdays and Saturdays off |
| 22 | | 11/15/2022 | YES | YES | July 15, 2019 Coaching |
| | | | | | Witness 2 - Gustavo Clark (Completed on 11/16/2022) |
| 1 | | 11/15/2022 | YES | NO | Costco EEOC Position Statement, 12/14/2018 |
| | 1030 | 11/15/2022 | YES | YES | Refund Cashier Job Description. |
| | 1011 | 11/16/2022 | YES | YES | 2019 FMLA Paperwork |
| 21 | | 11/16/2022 | YES | YES | FMLA paperwork for Nov. 2018 - Nov. 2019 |
| 15 | | 11/16/2022 | YES | NO | Customer comment cards for Plaintiff |
| 22 | | 11/16/2022 | YES | YES | July 15, 2019 Coaching |
| 002 | 002 | 11/16/2022 | YES | YES | March 2019 Costco Employee Agreement |
| | 1015 | 11/16/2022 | YES | YES | Candidate Tracking Log 5/24/2018 packet for position for which Shauna Shields was chosen. |
| 32 | | 11/16/2022 | YES | NO | DECLARATION OF GUSTAVO CLARK |
| 6 | | 11/16/2022 | YES | YES | Thressa Vincent's notes of the interview of Shauna Shields for the May 2018 Refund Cashier position |
| | 1018 | 11/16/2022 | YES | YES | 8/26/2018 Candidate Tracking Log for position for which Nina Adams was chosen. |
| | 1027 | 11/16/2022 | YES | NO | Jennifer Boulis Performance Log. |
| | 1017 | 11/16/2022 | YES | NO | 7/1/18 Candidate Tracking Log for Temporary Refund Cashier, No one selected at that time. |
| | 1014 | 11/16/2022 | YES | NO | Candidate Tracking Log 1/12/2018 packet for position for which Amanda Brownfield was chosen. |
| | 1018 | 11/16/2022 | NO | YES | 8/26/2018 Candidate Tracking Log for position for which Nina Adams was chosen. |

# EXHIBIT AND WITNESS LIST – CONTINUATION

AO 187A (Rev. 7/87)

| | DIANA CRANFIELD | | vs. | COSTCO WHOLESALE CORPORA | CASE NO. 5:20-CV-02565-CEH |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 3 | | 11/16/2022 | YES | YES | Letter Shauna Shields submitted with her application for the May 2018 Refund Cashier position |
| | | | | | WITNESS 3 – JULIA PETRESCU (COMPLETED 11/17/2022) |
| | 1014 | 11/16/2022 | YES | NO | Candidate Tracking Log 1/12/2018 packet for position for which Amanda Brownfield was chosen. |
| | 1015 | 11/16/2022 | YES | YES | Candidate Tracking Log 5/24/2018 packet for position for which Shauna Shields was chosen. |
| 28 | | 11/17/2022 | YES | YES | Boulis Introductory and Final Interview Documents |
| 23 | | 11/17/2022 | YES | YES | August 2018 Candidate Tracking Log |
| 3 | | 11/17/2022 | YES | YES | Letter Shauna Shields submitted with her application for the May 2018 Refund Cashier position |
| 6 | | 11/17/2022 | YES | YES | Thressa Vincent's notes of the interview of Shauna Shields for the May 2018 Refund Cashier positi |
| 9 | | 11/17/2022 | YES | YES | Julia Petrescu's notes of the interview of Nina Adams for the August 2018 Refund Cashier position |
| 7 | | 11/17/2022 | YES | YES | Julia Petrescu's notes of the interview of Plaintiff for the August 2018 Refund Cashier position |
| | 1054 | 11/17/2022 | YES | NO | DEMONSTRATIVE (CREDIT CARDS) |
| | 1015 | 11/17/2022 | YES | YES | Candidate Tracking Log 5/24/2018 packet for position for which Shauna Shields was chosen. |
| | | | | | WITNESS 4 – TAMMY KOEHN (COMPLETED 11/17/2022) |
| 002 | 002 | 11/17/2022 | YES | YES | March 2019 Costco Employee Agreement |
| | 1008 | 11/17/2022 | YES | YES | 4/15/2019 Note Requesting Set Schedule of Thursdays and Saturdays off until further notice. |
| | 1048 | 11/17/2022 | YES | YES | May 2019 Weekly Schedule. |
| | 1055 | 11/17/2022 | YES | NO | Demonstrative (CALENDAR) |
| 22 | | 11/17/2022 | YES | YES | July 15, 2019 Coaching |
| | | | | | WITNESS 5 – JULIE FRAZIER (COMPLETED 11/17/2022) |