Print Form

MINUTES OF PROCEEDINGS

HONORABLE Carmen E. Henderson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

Diana Cranfield
vs.
Costco Wholesale Corporation

Date: November 18, 2022
Case No.: 5:20 CV 2565
Court Reporter: Mary Uphold
ECRO: N/A
INTERPRETER: N/A

Counsel for Plaintiff: David W. Neel

Counsel for Defendant: Erin Foley, Kyla Miller & Michael Cederoth

- [ ] Case Management Conference
- [ ] Status Conference
- [ ] Final Pretrial Conference
- [ ] Settlement Conference
- [ ] Hearing
- [ ] Telephonic Status/Pretrial Conference
- [ ] Motion Hearing
- [x] Jury Trial
- [ ] Bench Trial
- [ ] Other: _____

| | | |
|---|---|---|
| ☐ Voir Dire begun and concluded | ☐ Voir Dire begun and continued | |
| ☐ Plaintiff(s) opening statements | ☐ Defendant(s) opening statements | |
| ☐ Evidence began; continued | ☐ Evidence continued | ☐ Evidence concluded |
| ☐ Plaintiffs case begun | ☐ Plaintiffs case continued; not concluded | ☐ Concluded |
| ☐ Defendants case begun | ☐ Defendants case continued; not concluded | ☐ Concluded |
| ☐ Testimony taken (see witness list) | | |
| ☐ Plaintiff(s) rebuttal | ☐ Defendant(s) sur-rebuttal | |
| ☒ Plaintiff(s) final argument | ☒ Defendant(s) final argument | |
| ☒ Charge to the jury | | |
| ☒ Jury Deliberations begun | ☐ Continued; not concluded | ☐ Continued and Concluded |
| ☒ Verdict | | |
| ☐ Exhibits Located:_____ | ☒ Exhibits returned to counsel | |

Trial/Proceedings Adjourned until:

Comments:

s/ Mattie Gorby

Courtroom Deputy Clerk

Time: 7.25 hours