## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| DIANA CRANFIELD, | ) | CASE NO. 5:20-CV-02565-CEH |
| | ) | |
| Plaintiff, | ) | CARMEN E. HENDERSON |
| | ) | UNITED STATES MAGISTRATE JUDGE |
| v. | ) | |
| | ) | |
| COSTCO WHOLESALE CORPORATION, | ) | **FINAL JUDGMENT ENTRY AND** |
| | ) | **ORDER** |
| Defendant, | ) | |
| | ) | |

This matter having been heard via a jury trial November 10-18, 2022, Plaintiff Diana Cranfield's remaining claims against Defendant Costco Wholesale Corporation are dismissed as a result of the jury's deliberation. This Court adopts the jury's decision; Defendants shall not be liable for any damages arising from any cause of action claimed by Plaintiffs.

Consistent with jury's verdict, it is hereby ORDERED, ADJUDGED, AND DECREED that Judgment is hereby entered in favor of Defendant Costco Wholesale Corporation and against Plaintiff.

**IT IS SO ORDERED.**

Dated: November 21, 2022

s/ *Carmen E. Henderson*
CARMEN E. HENDERSON
U.S. MAGISTRATE JUDGE