# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| DIANA CRANFIELD, | ) | CASE NO. 5:20-CV-02565-CEH |
| | ) | |
| Plaintiff, | ) | CARMEN E. HENDERSON |
| | ) | UNITED STATES MAGISTRATE JUDGE |
| v. | ) | |
| | ) | |
| COSTCO WHOLESALE CORPORATION, | ) | **ORDER TO SHOW CAUSE** |
| | ) | |
| Defendant, | ) | |
| | ) | |

It has come to the Court's attention that Plaintiff's counsel, David Neel may have been vaping during trial. Local Rule 83.3(a) states that "[n]o loitering, sleeping, or disorderly conduct is permitted in any Court buildings." Moreover, Executive Order 13058 Protecting Federal Employees and the Public from Exposure to Tobacco Smoke in the Federal Workplace bans smoking in federal buildings to protect Federal Government employees and members of the public from exposure to tobacco smoke in the Federal workplace.

Attorney Neel is ordered to SHOW CAUSE why he should not be sanctioned for vaping in the Federal workplace. **A show cause hearing will be held IN PERSON on Wednesday, November 30, 2022 at 3:00 p.m.**

Counsel for Defendants may attend via video conference.

**IT IS SO ORDERED.**

Dated: November 22, 2022

s/ *Carmen E. Henderson*
CARMEN E. HENDERSON
U.S. MAGISTRATE JUDGE