# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

DIANA CRANFIELD,

      Plaintiff,

v.

COSTCO WHOLESALE CORPORATION,

      Defendant.

Case No. 5:20-cv-02565

Magistrate Judge: Carmen E. Henderson

## COSTCO'S WITHDRAWAL OF MOTION FOR SANCTIONS

Defendant Costco Wholesale Corporation ("Costco"), by and through its attorneys, hereby asks to WITHDRAW the Motions For Sanctions [Dkt. 72], which was filed with the Court on November 15, 2022. Costco no longer requests the relief sought and the Motion is formally withdrawn.

DATED:  December 9, 2022        Respectfully submitted,

COSTCO WHOLESALE CORPORATION


By: /s/ *Erin Dougherty Foley*
    One of Its Attorneys


Erin Dougherty Foley *(admitted in the ND Ohio)*
Kyla J. Miller (*Pro Hac Vice*)
Michael J. Cederoth *(Pro Hac Vice)*
Seyfarth Shaw LLP
233 South Wacker Drive, Suite 8000
Chicago, Illinois  60606-6448
Telephone:     (312) 460-5000
Facsimile:      (312) 460-7000

Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that she caused a copy of the foregoing **Costco's Motion to Withdraw Motion for Sanctions** [Dkt. 72] to be served upon the following via the ECF on this 9th day of December, 2022:

> David W. Neel (0033611)
> David W. Neel, LLC
> 13800 Shaker Blvd., Suite 102
> Cleveland, Ohio 44120
> Telephone: (216) 522-0011
> Telecopier: (844) 548-3570
> dwneel@neellaw.com

    s/ *Erin Dougherty Foley*